**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-50150-KKS |
| | § | |
| CLAUDIA NELL BROWN | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>10/30/2019</u>. The undersigned trustee was appointed on <u>10/30/2019</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                 $5,075.74

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $154.88 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $4,920.86 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/10/2020 and the deadline for filing government claims was 04/27/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,257.57. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,257.57, for a total compensation of $1,257.57[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $82.84, for total expenses of $82.84.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/07/2022                              By:   /s/ Karin A. Garvin
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No.: | 19-50150-PCY KKS | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | BROWN, CLAUDIA NELL | Date Filed (f) or Converted (c): | 10/30/2019 (f) |
| For the Period Ending: | 11/7/2022 | §341(a) Meeting Date: | 12/06/2019 |
| | | Claims Bar Date: | 03/10/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2848 Dauphin Rd. Bonifay FL 32425-0000 | $236,793.00 | $0.00 | | $0.00 | FA |
| 2  2006 Ford F-150 Mileage: 190000 | $1,500.00 | $0.00 | | $0.00 | FA |
| 3  Make: Toyota Model: Highlander Year: 2009 Mileage: 161000 | $5,000.00 | $3,600.00 | | $3,600.00 | FA |
| 4  Couches, end tables, entertainment center, table & chairs, bedroom set | $300.00 | $0.00 | | $0.00 | FA |
| 5  Refrigerator, stove, dishwasher, microwave, kitchen/cookware | $400.00 | $0.00 | | $0.00 | FA |
| 6  TV, Blue-Ray player, Surround Sound | $125.00 | $0.00 | | $0.00 | FA |
| 7  Clothing | $100.00 | $0.00 | | $0.00 | FA |
| 8  Wedding Ring | $25.00 | $0.00 | | $0.00 | FA |
| 9  2 dogs | $0.00 | $0.00 | | $0.00 | FA |
| 10  Checking Community South Credit Union Acct #9680 | $100.00 | $0.00 | | $0.00 | FA |
| 11  Savings Community South Credit Union Acct #9680 | $5.00 | $0.00 | | $0.00 | FA |
| 12  Postal Service Retirement | Unknown | $0.00 | | $0.00 | FA |
| 13  Company name: US Postal Service Amy Deal, Robert Carter, & Ryan Carter - ; Beneficiary: debtor's children | $0.00 | $0.00 | | $0.00 | FA |
| 14  2019 tax refund (u) | $0.00 | $1,475.74 | | $1,475.74 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $244,348.00 | $5,075.74 | | $5,075.74 | $0.00 |

**Major Activities affecting case closing:**

06/14/2022    need final $300 pymnt for taxes
$3600-$300-1st 1/2020
will begin to make payments on $1475.74 tax refund 7/2021
current projected closing 3/2023

| **Initial Projected Date Of Final Report (TFR):** | 02/15/2021 | /s/ KARIN A. GARVIN |
| **Current Projected Date Of Final Report (TFR):** | 09/15/2022 | KARIN A. GARVIN |

**FORM 2**  Page No: 1  Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-50150-PCY KKS | | Trustee Name: | Karin A. Garvin |
|---|---|---|---|---|
| Case Name: | BROWN, CLAUDIA NELL | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2933 | | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/30/2019 | | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 11/7/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/15/2020 | (3) | Claudia Brown | Payment on PN | 1129-000 | $300.00 | | $300.00 |
| 02/26/2020 | (3) | Claudia Brown | Payment on PN | 1129-000 | $300.00 | | $600.00 |
| 04/09/2020 | (3) | Claudia Brown | Payment on PN | 1129-000 | $300.00 | | $900.00 |
| 05/06/2020 | (3) | Claudia Brown | Payment on PN | 1129-000 | $300.00 | | $1,200.00 |
| 06/02/2020 | (3) | Claudia Brown | Payment on PN | 1129-000 | $300.00 | | $1,500.00 |
| 07/06/2020 | (3) | Claudia Brown | Payment on PN | 1129-000 | $300.00 | | $1,800.00 |
| 08/10/2020 | (3) | Claudia brown | Payment on PN | 1129-000 | $300.00 | | $2,100.00 |
| 09/04/2020 | (3) | Claudia Brown | Payment on PN | 1129-000 | $300.00 | | $2,400.00 |
| 10/02/2020 | | Cllaudia Brown | Payment on PN | * | $300.00 | | $2,700.00 |
| | {3} | | | $200.00 | 1129-000 | | $2,700.00 |
| | {3} | | | $100.00 | 1129-000 | | $2,700.00 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $4.48 | $2,695.52 |
| 11/06/2020 | (3) | Claudia Brown | Payment on PN | 1129-000 | $300.00 | | $2,995.52 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $4.45 | $2,991.07 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $4.82 | $2,986.25 |
| 01/07/2021 | (3) | Claudia Brown | Payment on PN | 1129-000 | $600.00 | | $3,586.25 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.59 | $3,580.66 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.21 | $3,575.45 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.76 | $3,569.69 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.94 | $3,563.75 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.37 | $3,558.38 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.55 | $3,552.83 |
| 07/16/2021 | (14) | CLAUDIA B. BROWN | Payment on PN | 1129-000 | $125.00 | | $3,677.83 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.02 | $3,671.81 |
| 08/19/2021 | (14) | OLAUDIA B.BROWN | PAyment on PN | 1129-000 | $125.00 | | $3,796.81 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.81 | $3,791.00 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.92 | $3,785.08 |
| 10/01/2021 | (14) | CLAUDIA BROWN | Payment on PN | 1129-000 | $125.00 | | $3,910.08 |
| | | | | **SUBTOTALS** | $3,975.00 | $64.92 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-50150-PCY KKS | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | BROWN, CLAUDIA NELL | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2933 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/30/2019 | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 11/7/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.30 | $3,903.78 |
| 11/03/2021 | (14) | CLAUDIA BROWN | Payment on PN | 1129-000 | $125.00 | | $4,028.78 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.27 | $4,022.51 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.49 | $4,016.02 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.48 | $4,009.54 |
| 02/02/2022 | (14) | CLAUDIA BROWN | Payment on PN | 1129-000 | $250.00 | | $4,259.54 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.19 | $4,253.35 |
| 03/15/2022 | (14) | CLAUDIA BROWN | Payment on PN | 1129-000 | $250.00 | | $4,503.35 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $7.08 | $4,496.27 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $7.25 | $4,489.02 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $7.01 | $4,482.01 |
| 06/09/2022 | (14) | CLAUDIA BROWN | Payment on PN | 1129-000 | $175.74 | | $4,657.75 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $7.20 | $4,650.55 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $7.50 | $4,643.05 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,635.56 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $7.72 | $4,627.84 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.98 | $4,620.86 |
| 11/03/2022 | (14) | CLAUDIA BROWN | Payment on PN | 1129-000 | $300.00 | | $4,920.86 |

| | | | | SUBTOTALS | $1,100.74 | $89.96 | |

FORM 2

Page No: 3    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-50150-PCY KKS | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | BROWN, CLAUDIA NELL | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2933 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/30/2019 | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 11/7/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $5,075.74 | $154.88 | $4,920.86 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,075.74 | $154.88 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,075.74 | $154.88 | |

| For the period of 10/30/2019 to 11/7/2022 | | For the entire history of the account between 01/15/2020 to 11/7/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,075.74 | Total Compensable Receipts: | $5,075.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,075.74 | Total Comp/Non Comp Receipts: | $5,075.74 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $154.88 | Total Compensable Disbursements: | $154.88 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $154.88 | Total Comp/Non Comp Disbursements: | $154.88 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 4                 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-50150-PCY KKS | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | BROWN, CLAUDIA NELL | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2933 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/30/2019 | Blanket bond (per case limit): | $10,870,000.00 |
| For Period Ending: | 11/7/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,075.74 | $154.88 | $4,920.86 |

**For the period of 10/30/2019 to 11/7/2022**

| | |
|---|---|
| Total Compensable Receipts: | $5,075.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,075.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $154.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $154.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/30/2019 to 11/7/2022**

| | |
|---|---|
| Total Compensable Receipts: | $5,075.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,075.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $154.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $154.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KARIN A. GARVIN

KARIN A. GARVIN

## CLAIM ANALYSIS REPORT

| Case No.: | 19-50150-PCY KKS | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | BROWN, CLAUDIA NELL | Date: | 11/7/2022 |
| Claims Bar Date: | 03/10/2020 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KARIN A. GARVIN  1801 W Garden Street  Pensacola FL 32502 | 12/16/2019 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $82.84 | $82.84 | $0.00 | $0.00 | $0.00 | $82.84 |
| | KARIN A. GARVIN  1801 W Garden Street  Pensacola FL 32502 | 11/07/2022 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,257.57 | $1,257.57 | $0.00 | $0.00 | $0.00 | $1,257.57 |
| 1 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE AS AGENT  PO Box 71083  Charlotte NC 28272-1083 | 12/16/2019 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,588.07 | $3,588.07 | $0.00 | $0.00 | $0.00 | $3,588.07 |
| 2 | TD BANK, USA BY AMERICAN INFOSOURCE AS AGENT  PO Box 248866  Oklahoma City OK 73124-8866 | 01/03/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,755.54 | $1,755.54 | $0.00 | $0.00 | $0.00 | $1,755.54 |
| 3 | JPMORGAN CHASE BANK, N.A.  s/b/m/t Chase Bank USA, N.A.  c/o National Bankruptcy Services, LLC  P.O. Box 9013  Addison TX 75001 | 01/07/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,216.32 | $3,216.32 | $0.00 | $0.00 | $0.00 | $3,216.32 |
| 4 | COMMUNITY SOUTH CREDIT UNION  c/o Chad D. Heckman  P.O. Box 12492  Tallahassee FL 32317 | 01/17/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,698.16 | $3,698.16 | $0.00 | $0.00 | $0.00 | $3,698.16 |
| 5 | VERIZON BY AMERICAN INFOSOURCE AS AGENT  PO Box 4457  Houston TX 77210-4457 | 01/31/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $258.75 | $258.75 | $0.00 | $0.00 | $0.00 | $258.75 |
| 6 | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC  PO Box 41021  Norfolk VA 23541 | 03/02/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,286.59 | $2,286.59 | $0.00 | $0.00 | $0.00 | $2,286.59 |

## CLAIM ANALYSIS REPORT

| Case No. | 19-50150-PCY KKS | | | | | | | | Trustee Name: | Karin A. Garvin |
| Case Name: | BROWN, CLAUDIA NELL | | | | | | | | Date: | 11/7/2022 |
| Claims Bar Date: | 03/10/2020 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | PYOD, LLC RESURGENT CAPITAL SERVICES<br>PO Box 19008<br>Greenville SC 29602 | 03/04/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,833.06 | $2,833.06 | $0.00 | $0.00 | $0.00 | $2,833.06 |
| | | | | | | $18,976.90 | $18,976.90 | $0.00 | $0.00 | $0.00 | $18,976.90 |

**CLAIM ANALYSIS REPORT**

Page No: 3     Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 19-50150-PCY KKS | | **Trustee Name:** | Karin A. Garvin |
| **Case Name:** | BROWN, CLAUDIA NELL | | **Date:** | 11/7/2022 |
| **Claims Bar Date:** | 03/10/2020 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $17,636.49 | $17,636.49 | $0.00 | $0.00 | $0.00 | $17,636.49 |
| Trustee Compensation | $1,257.57 | $1,257.57 | $0.00 | $0.00 | $0.00 | $1,257.57 |
| Trustee Expenses | $82.84 | $82.84 | $0.00 | $0.00 | $0.00 | $82.84 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     19-50150-KKS
Case Name:    CLAUDIA NELL BROWN
Trustee Name: Karin A. Garvin

|  |  |
|---|---:|
| Balance on hand: | $4,920.86 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,920.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Karin A. Garvin, Trustee Fees | $1,257.57 | $0.00 | $1,257.57 |
| Karin A. Garvin, Trustee Expenses | $82.84 | $0.00 | $82.84 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,340.41 |
| Remaining balance: | $3,580.45 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,580.45 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,580.45 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,636.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. by American InfoSource as agent | $3,588.07 | $0.00 | $728.42 |
| 2 | TD Bank, USA by American InfoSource as agent | $1,755.54 | $0.00 | $356.40 |
| 3 | JPMorgan Chase Bank, N.A. | $3,216.32 | $0.00 | $652.96 |
| 4 | Community South Credit Union | $3,698.16 | $0.00 | $750.78 |
| 5 | Verizon by American InfoSource as agent | $258.75 | $0.00 | $52.53 |
| 6 | Synchrony Bank c/o PRA Receivables Management, LLC | $2,286.59 | $0.00 | $464.21 |
| 7 | PYOD, LLC Resurgent Capital Services | $2,833.06 | $0.00 | $575.15 |

Total to be paid to timely general unsecured claims: $3,580.45
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**